UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE ADAMS NATIONAL BANK,**<br><br>  Plaintiff,<br><br>  v.<br><br>**SEAN SHAHPARAST,**<br><br>  Defendant. | No. 1:06 CV 02145 RMU |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff The Adams National Bank ("Adams"), by counsel, and pursuant to Federal Rule of Civil Procedure 41 (a)(1), dismisses the Amended Complaint without prejudice. No answer or other responsive pleading has been filed.

Respectfully submitted,

**FRIEDLANDER, MISLER, SLOAN,
  KLETZKIN & OCHSMAN**, **PLLC**

By: */s/ Robert E. Greenberg*
Robert E. Greenberg, Esq. #173708
Thomas F. Murphy, Esq.
1101 17th Street, NW
Suite 700
Washington, DC  20036-4704
(202) 872-0800
*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that I served a copy of the foregoing Notice of Dismissal Without Prejudice by first class mail postage prepaid on April 5, 2007, on:

>Sean Shahparast
>5301 Goldsboro Road
>Bethesda, MD 20817
>
>*Defendant*

>/s/ Robert E. Greenberg
>Robert E. Greenberg

U:\greenberg\CLIENT\ADAMS\2142 O St\Litigation\Notice of dism4-5-07.wpd